JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MCGLYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; and PROVIDIAN BANCORP SERVICES GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 2:21-cv-08470 PA (PDx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 26, 2021<br>Trial Date:      July 26, 2022 District Judge:    Hon. Percy Anderson<br>Magistrate Judge: Hon. Patrice Donahue |

1  Pursuant to the stipulation of the parties, the above-entitled action is hereby
2  dismissed in its entirety with prejudice.  Each party shall bear their own attorneys' fees
3  and costs.

5  Dated:  May 9, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE